C

| Date of Service | Timeslip | Time Summary Note | Activity Code | Notes | Actual Time Spent | Billing Judgment Reduction | Time Included in Fee Application |
|---|---|---|---|---|---|---|---|
| 04/05/2017 | #3474629 | Phone call with US Attorney re: settlement | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.20 hours) with activity details of "Phone call with US Attorney re: settlement" and notes of "She agreed we had agreed to payment of fees and only question was as to the amount. I agreed to get her a draft of fee demand and settlemtn edits by end of day friday". | 0.2 | 0 | 0.2 |
| 03/28/2017 | #3465412 | Attorney Fees for Gov setoff under EAJA | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "Attorney Fees for Gov setoff under EAJA" and notes of "In re: Addison 533 BR 520 (Bankr. WDVA 2015)". | 1 | 0.5 | 0.5 |
| 03/28/2017 | #3465401 | phone call with client to update him on status of settlement agreement | 1a Phone call - client | 1a Phone call - client (0.10 hours) with activity details of "phone call with client to update him on status of settlement agreement". | 0.1 | 0.1 | 0 |
| 03/28/2017 | #3465394 | Phone Call with Kathryn Smith following up on settlement agremetn | 1b Phone call - atty/adverse org | 1a Phone call - client (0.10 hours) with activity details of "Phone Call with Kathryn Smith following up on settlement agreemetn" and notes of "Spoke to Kathryn who apologized. She originally wanted to get met the agreement last week but had to draft the agreement from scratch. The current draft is with SSA attorney's for review and she will try and get it to me in the next few days.". | 0.1 | 0 | 0.1 |

| Date | # | | | Description | | Hours |
|---|---|---|---|---|---|---|
| | | | | | | 0.5 |
| | | | | | 0.5 | |
| | | | | | 1 | |
| | | | | 6a Legal Research (1.00 hours) with activity details of "EAJA Attorney Fees in bankruptcy Court" and notes of "Legal Aid attorneys fees under 362(k), Consent Orders settling adversary proceedings".6a Legal Research (1.00 hours) with activity details of "EAJA Attorney Fees in bankruptcy Court" and notes of "Legal Aid attorneys fees under 362(k), Consent Orders settling adversary proceedings".6a Legal Research (1.00 hours) with activity details of "EAJA Attorney Fees in bankruptcy Court" and notes of "Legal Aid attorneys fees under 362(k), Consent Orders settling adversary proceedings".6a Legal Research (1.00 hours) with activity details of "EAJA Attorney Fees in bankruptcy Court" and notes of "Legal Aid attorneys fees under 362(k), Consent Orders settling adversary proceedings".6a Legal Research (1.00 hours) with activity details of "EAJA Attorney Fees in bankruptcy Court" and notes of "Legal Aid attorneys fees under 362(k), Consent Orders settling adversary proceedings".6a Legal Research (1.00 hours) with activity details of "EAJA Attorney Fees in bankruptcy Court" and notes of "Legal Aid attorneys fees under 362(k), Consent Orders settling adversary proceedings". | | |
| | | | 6a Legal Research | | | |
| | | EAJA Attorney Fees in bankruptcy Court | | | | |
| 03/27/2017 | #3463957 | | | | | |

2

| Date | ID | Description | Category | Notes | | | |
|---|---|---|---|---|---|---|---|
| 03/22/2017 | #3458426 | phone call with client to inform him that we had reached settlement agreement | 1a Phone call - client | 1a Phone call - client (0.20 hours) with activity details of "phone call with client to inform him that we had reached settlement agreement" and notes of "told him SSA planned to get settlement agreement to me by friday and I would know more about how soon he would receive payment at that time.." | 0.2 | 0.1 | 0.1 |
| 03/21/2017 | #3458415 | Settlement Phone Call with Kathyrn Smith AUSA | 1b Phone call - atty/adverse org | | 0.2 | 0 | 0.2 |
| 03/21/2017 | #3457083 | phone call with client to discuss settlement offer | 1a Phone call - client | 1a Phone call - client (0.20 hours) with activity details of "phone call with client to discuss settlement offer" and notes of "client authorized acceptance of $7841 offer. Told him I would update him after speaking with the US Attorney this afternoon." | 0.2 | 0 | 0.2 |
| 03/21/2017 | #3457077 | Settlement Phone Call with Kathyrn Smith AUSA | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.20 hours) with activity details of "Settlement Phone Call with Kathyrn Smith AUSA" and notes of "We both agreed the the amount we should be settling this lawsuit for is $7841.80 and that we would each go to our clients to obtain authoriazation and regroup later this afternoon to try and hammer this out." | 0.2 | 0 | 0.2 |
| 03/21/2017 | #3457069 | Review Lee v. Schweiker Case | 6a Legal Research | 6a Legal Research (0.50 hours) with activity details of "Review Lee v. Schweiker Case". | 0.5 | 0 | 0.5 |

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| Date | # | | | | | |
|---|---|---|---|---|---|---|
| 03/07/2017 | #3444394 | phone call with client re: settlement offer | 1a Phone call - client | 1a Phone call - client (0.30 hours) with activity details of "phone call with client re: settlement offer". | 0.3 | 0 | 0.3 |
| 02/28/2017 | #3438454 | Phone call with Kathryn Smith AUSA re: settlement of action | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.20 hours) with activity details of "Phone call with Kathryn Smith AUSA re: settlement of action" and notes of "At this point SSA agrees with my assessment that the risk for both sides is approximately 50/50. The question is what is the starting number for damages.". | 0.2 | 0 | 0.2 |
| 02/28/2017 | #3437862 | l/m for Kathryn Smith AUSA | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.10 hours) with activity details of "l/m for Kathryn Smith AUSA". | 0.1 | 0.1 | 0 |
| 02/15/2017 | #3425348 | Email to AUSA re: settlement offer and how we should proceed if no settlement is reached | 2b Letter- Atty/Adverse | 2b Letter- Atty/Adverse (0.20 hours) with activity details of "Email to AUSA re: settlement offer and how we should proceed if no settlement is reached". | 0.2 | 0 | 0.2 |
| 02/08/2017 | #3417230 | Phone Call received from AUSA Kathryn Smith re settlement | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.20 hours) with activity details of "Phone Call received from AUSA Kathryn Smith re settlement" and notes of "Informed me she had a meeting with her client today to review the settlement offer but wanted to talk about attorneys' fees. I told her that I wanted to keep that issue separate from settling the client's claim as to avoid any conflict. She asked for a ballpark and said I didnt know but I woudl think somewhere between 5 and 10 K.". | 0.2 | 0 | 0.2 |

4

| Date | # | | | Description |  |  |
|---|---|---|---|---|---|---|
| 02/06/2017 | #3414404 | Settlement offer to AUSA via email and regular mail | 2b Letter-Atty/Adverse | 1a Phone call - client (0.50 hours) with activity details of "Phone call with client to discuss settlement" and notes of "Client authorized me to make settlement offer of $11,511.20. We discussed fee shifting statute and attorney's fees. I told him that I would try and settle his case with the agreement social security is responsible for fees and then separately either apply to the Court for fees or settle the attorneys fee issue with Social Security.". | 0 | 1.7 |
| 02/06/2017 | #3414216 | Phone call with client to discuss settlement | 1a Phone call - client | 2b Letter- Atty/Adverse (1.70 hours) with activity details of "Settlement offer to AUSA via email and regular mail". | 0 | 0.5 |
| 01/27/2017 | #3406764 | Attny fees recovery for legal aid, gov. restrictions to attorneys fees, 2nd circuit cases, shriver center attorneys fees for legal aid | 6a Legal Research | 6a Legal Research (2.50 hours) with activity details of "Attny fees recovery for legal aid, gov. restrictions to attorneys fees, 2nd circuit cases, shriver center attorneys fees for legal aid". | 0 | 2.5 |
| 01/26/2017 | #3406027 | Meet with Superv. Attny PB to discuss settlement strategies and overall strengths weaknesses and ways to counsel client | 7d Meeting - Case Review | 7d Meeting - Case Review (1.00 hours) with activity details of "Meet with Superv. Attny PB to discuss settlement strategies and overall strengths weaknesses and ways to counsel client". | 0 | 1 |
| 01/26/2017 | #3405550 | Draft Letter brief to SSA re: settlement of matter | 2d Draft Memo or Pleading | 2d Draft Memo or Pleading (2.00 hours) with activity details of "Draft Letter brief to SSA re: settlement of matter". | 0 | 2 |
| 01/26/2017 | #3405547 | Email to Kathyrn Smith AUSA re: letter brief per PC agreement and request for informal discovery | 2b Letter-Atty/Adverse | 2b Letter- Atty/Adverse (0.30 hours) with activity details of "Email to Kathyrn Smith AUSA re: letter brief per PC agreement and request for informal discovery". | 0 | 0.3 |

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| Date | ID | Description | Code | Activity Details | | | |
|---|---|---|---|---|---|---|---|
| 01/26/2017 | #3405544 | Phone call with Kathryn Smith AUSA re: settlement | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.20 hours) with activity details of "Phone call with Kathryn Smith AUSA re: settlement". | 0.2 | 0 | 0.2 |
| 01/24/2017 | #3402851 | organization of caselaw and narrow of legal issues for reply to US Attorney | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "organization of caselaw and narrow of legal issues for reply to US Attorney". | 1 | 0 | 1 |
| 01/23/2017 | #3402946 | Legal Research on willfullness standard for violations of stay in 2nd circuit | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "Legal Research on willfullness standard for violations of stay in 2nd circuit". | 1 | 0 | 1 |
| 01/18/2017 | #3396907 | Research on Waiver of right to setoff and conflict between right to setoff and debtors right to exempt property | 6a Legal Research | 6a Legal Research (2.00 hours) with activity details of "Research on Waiver of right to setoff and conflict between right to setoff and debtors right to exempt property" and notes of "working on caselaw summary chart with the significant amounts of caselaw in this matter". | 2 | 0 | 2 |
| 01/10/2017 | #3395339 | Rule 16 Conference | 4a Court/Hearing | 4a Court/Hearing (8.00 hours) with activity details of "Rule 16 Conference". | 1 | 0.5 | 0.5 |
| 01/09/2017 | #3395338 | Prepare for rule 16 Conference/File Review | 4b Court/Hearing Prep | 4b Court/Hearing Prep (3.50 hours) with activity details of "Prepare for rule 16 Conference/File Review". | 3.5 | 2.5 | 1 |
| 12/27/2016 | #3378784 | District Court Opinion 12/13/16 Wernick v. United States | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "District Court Opinion 12/13/16 Wernick v. United States". | 1 | 0 | 1 |
| 12/27/2017 | #3379565 | Research on motion for relief from stay | 6a Legal Research | | 3 | 0 | 3 |
| 12/22/2016 | #3378781 | Discovery Plan | 2e Edit Memo or Pleading | 2e Edit Memo or Pleading (3.50 hours) with activity details of "Discovery Plan". | 3.5 | 2.9 | 0.6 |

6

| Date | ID | Description | Category | Notes | | | |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | #3375705 | Email to Assistant US Attorney Kathryn Smith re: Rule 26f meet and confer and Discovery Plan | 2b Letter-Atty/Adverse | 2d Draft Memo or Pleading (0.30 hours) with activity details of "Draft of Discovery Plan". | 0.3 | 0 | 0.3 |
| 12/21/2016 | #3375702 | Draft of Discovery Plan | 2d Draft Memo or Pleading | Draft Discovery Plan | 1 | 0 | 1 |
| 12/21/2016 | #3375701 | Exemption of SSI Benefits | 6a Legal Research | 6a Legal Research (0.50 hours) with activity details of "Exemption of SSI Benefits" and notes of "In re Carpenter, 408 BR 244 (Bankr. App. Panel 8th Cir. 2009), In re kelly, Case No. 93-1368, Bankr. Southern district Iowa, 1/13/1995".6a Legal | 0.1 | 0.1 | 0 |
| 12/21/2016 | #3375614 | Recoupment of SSI Benefits | 6a Legal Research | 1c Phone call - other (0.10 hours) with activity details of "Phone call with Tina from Rochester Bankruptcy Court to check to see if chambers approved extension of time to file 26(f) Discovery plan". | 0.5 | 0 | 0.5 |
| 12/21/2016 | #3375594 | Received call from Tina in Rochester Bankruptcy Court | 1c Phone call - other | 1c Phone call - other (0.10 hours) with activity details of "Received call from Tina in Rochester Bankruptcy Court" and notes of "Judge Warren approved extension to file discovery plan through the end of the day thursday". | 0.1 | 0.1 | 0 |

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| Date | # | Description | Category | Activity Details | | | |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | #3375580 | Phone call with Tina from Rochester Bankruptcy Court to check to see if chambers approved extension of time to file 26(f) Discovery plan | 1c Phone call - other | | 0.1 | 0.1 | 0 |
| 12/20/2016 | #3375575 | Phone call Tina from Bankruptcy Court re: Extension of time to file Discovery Plan rule 26(f) | 1c Phone call - other | 1c Phone call - other (0.20 hours) with activity details of "Phone call Tina from Bankruptcy Court re: Extension of time to file Discovery Plan rule 26(f)". | 0.2 | 0.2 | 0 |
| 12/19/2016 | #3375571 | Email to Asst. US Attorney Kathryn Smith re: Discovery plan and rule 26(f) | 2b Letter- Atty/Adverse | 2b Letter- Atty/Adverse (0.10 hours) with activity details of "Email to Asst. US Attorney Kathryn Smith re: Discovery plan and rule 26(f)". | 0.1 | 0 | 0.1 |
| 12/19/2016 | #3373036 | Review Order for rule 16 conference, Meet and Confer 26f | 5b Review Pleadings | 5b Review Pleadings (0.30 hours) with activity details of "Review Order for rule 16 conference, Meet and Confer 26f" and notes of "Email to Kathryn Smith re: time to meet either today or tomorrow". | 0.3 | 0.3 | 0 |
| 12/15/2016 | #3371746 | SS Overpayments/Underpayments, POMS manual, practical law treatise in westlaw | 6a Legal Research | 6a Legal Research (2.00 hours) with activity details of "SS Overpayments/Underpayments, POMS manual, practical law treatise in westlaw". | 2 | 1 | 1 |
| 12/12/2016 | #3365832 | Objection to relief from Automatic Stay | 2e Edit Memo or Pleading | 2e Edit Memo or Pleading (2.30 hours) with activity details of "Objection to relief from Automatic Stay" and notes of "Edit Objection, Check Case citations. organize arguements.". | 2.3 | 1.3 | 1 |
| 12/09/2016 | #3402804 | Review orders re: motion relief from stay date | 5b Review Pleadings | 5b Review Pleadings (0.50 hours) with activity details of "Review orders re: motion relief from stay date". | 0.5 | 0.4 | 0.1 |

8

| Date | # | Description | Category | Details | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|
| 12/08/2016 | #3626650 | Setoff of contingent debts under New York Law | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "Setoff of contingent debts under New York Law". | 1 | | 0 |
| 12/08/2016 | #3626646 | Objection to releif from Automatic stay | 2d Draft Memo or Pleading | 2d Draft Memo or Pleading (2.50 hours) with activity details of "Objection to releif from Automatic stay". | 2.5 | 1.5 | 1 |
| 12/05/2016 | #3358138 | Motion for Relelf from stay, pleadings in adversary proceeding, research. | 5c Review File | 5c Review File (1.50 hours) with activity details of "Motion for Relief from stay, pleadings in adversary proceeding, research.". | 1.5 | 0.5 | 1 |
| 12/02/2016 | #3356254 | Review letter from AUSA withdrawing settlement offer | 5a Review Document(s) | 5b Review Pleadings (1.00 hours) with activity details of "Review Answer of SSA/Compare to Complaint". 5a Review Document(s) (0.20 hours) with activity details of "Review letter from AUSA withdrawing settlement offer". | 1 | 0.8 | 0.2 |
| 12/02/2016 | #355478 | Research SSA POMS for BK proceedings/underpayments/auto stay and discharge | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "Research SSA POMS for BK proceedings/underpayments/auto stay and discharge" and notes of "Affirmative Defense in Answer, GN 02215.225". | 1 | 0 | 1 |
| 12/02/2016 | #3355323 | Review Answer of SSA/Compare to Complaint | 5b Review Pleadings | 5b Review Pleadings (1.00 hours) with activity details of "Review Answer of SSA/Compare to Complaint". | 0.2 | 0 | 0.2 |
| 12/01/2016 | #3402773 | Rule 16 Order and Discovery Order Requirements | 5b Review Pleadings | 5b Review Pleadings (1.00 hours) with activity details of "Rule 16 Order and Discovery Order Requirements". | 1 | 0.5 | 0.5 |
| 12/01/2016 | #3402770 | Review Answer of SSA | 5b Review Pleadings | 5b Review Pleadings (1.00 hours) with activity details of "Review Answer of SSA". | 1 | 0.5 | 0.5 |
| 11/21/2016 | #3345172 | annulment of automatic stay, setoff taken in violation of stay | 6a Legal Research | 6a Legal Research (2.00 hours) with activity details of "annulment of automatic stay, setoff taken in violation of stay". | 2 | 0 | 2 |

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| Date | ID | Task | Code | Description | | | |
|---|---|---|---|---|---|---|---|
| 11/14/2016 | #3338283 | File Review/Review Caselaw. T/C with client | 5c Review File | 5c Review File (7.00 hours) with activity details of "File Review/Review Caselaw. T/C with client". | 7 | 7 | 0 |
| 11/10/2016 | #3337134 | Review Motion for Relief from Automatic Stay field by US Attny | 5b Review Pleadings | 5b Review Pleadings (1.00 hours) with activity details of "Review Motion for Relief from Automatic Stay field by US Attny". | 1 | 0 | 1 |
| 10/27/2016 | #3322540 | Review Pacer/Stip extending time to Answer | 5a Review Document (s) | 5a Review Document(s) (0.10 hours) with activity details of "Review Pacer/Stip extending time to Answer". | 0.1 | 0.1 | 0 |
| 10/27/2016 | #3321575 | NCLC manuals on setoff and discharge public benefits | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "NCLC manuals on setoff and discharge public benefits". | 1 | 0 | 1 |
| 10/27/2016 | #3321566 | Draft Stip extending time to answer and scan email to us attorney | 2d Draft Memo or Pleading | 2d Draft Memo or Pleading (0.30 hours) with activity details of "Draft Stip extending time to answer and scan email to us attorney". | 0.3 | 0 | 0.3 |
| 10/27/2016 | #3321562 | Phone call with Kathryn Smith US Attorney's Office | 1b Phone call - atty/adverse org | 1b Phone call - atty/adverse org (0.20 hours) with activity details of "Phone call with Kathryn Smith US Attorney's Office". | 0.2 | 0 | 0.2 |
| 10/25/2016 | #3319802 | Submit request for assistance to NCBRC | 2c Letter - Other | 2c Letter - Other (0.30 hours) with activity details of "Submit request for assistance to NCBRC". | 0.3 | 0.3 | 0 |
| 10/25/2016 | #3319799 | Spoke to Client to obtain authorization to submit case information to NCBRC | 1a Phone call - client | 1a Phone call - client (0.30 hours) with activity details of "Spoke to Client to obtain authorization to submit case information to NCBRC". | 0.3 | 0.3 | 0 |
| 10/25/2016 | #3319674 | Meeting with David Ralph Senior Social Security Attorney. Discuss "overlap period" and possible settlement, SSA Answer | 7a Meeting - Status & Strategy | 7a Meeting - Status & Strategy (1.00 hours) with activity details of "Meeting with David Ralph Senior Social Security Attorney. Discuss "overlap period" and possible settlement, SSA Answer". | 1 | 0 | 1 |

10

| Date | # | Description | Activity | | | |
|---|---|---|---|---|---|---|
| 10/20/2016 | #3314862 | Phone call with client to discuss status of case and review offer made by Social Security | 1a Phone call - client | 1a Phone call - client (0.40 hours) with activity details of "Phone call with client to discuss status of case and review offer made by Social Security". | 0.4 | 0 | 0.4 |
| 10/18/2016 | #3312775 | NYCRR 353 and Recoupment/Setoff | 6a Legal Research | 6a Legal Research (0.40 hours) with activity details of "NYCRR 353 and Recoupment/Setoff" and notes of "Maffia v. Dowling 216 AD2d 568 (2nd Dept 1995), (Nassau county could recoup child visitation allowance paid while application for SSI was pending)., Question: Could you avoid the statutory lien impairing exemption of debtor and recover the transfer though that mechanism. Chemung County DSS would likely have to be added as defendant." | 0.4 | 0 | 0.4 |
| 10/18/2016 | #3312668 | Phone Call with Caseworker at Veterans ADministration | 1c Phone call - other | 1c Phone call - other (0.20 hours) with activity details of "Phone Call with Caseworker at Veterans ADministration" and notes of "Spoke to Dave Hughes re: settlement offer from Social Security. He is going to get ahold of client and have him contact me so that I may discuss offer with him and see how he would like to move forward.". | 0.2 | 0.2 | 0 |
| 10/18/2016 | #3312657 | Discuss settlement offer with Supervising Attorney PB | 7a Meeting - Status & Strategy | 7a Meeting - Status & Strategy (0.20 hours) with activity details of "Discuss settlement offer with Supervising Attorney PB". | 0.2 | 0 | 0.2 |
| 10/18/2016 | #3312655 | Review settlement offer letter rec'd from Social Security | 5a Review Document(s) | 5a Review Document(s) (0.50 hours) with activity details of "Review settlement offer letter rec'd from Social Security". | 0.5 | 0 | 0.5 |

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| Date | ID | Description | Task | Details | | | |
|---|---|---|---|---|---|---|---|
| 10/03/2016 | #3296827 | Draft and Complete Certificate of Service. Scan and File with Court | 2d Draft Memo or Pleading | 2d Draft Memo or Pleading (0.50 hours) with activity details of "Draft and Complete Certificate of Service. Scan and File with Court". | 0.5 | 0 | 0.5 |
| 09/28/2016 | #3296283 | Make copies of complaints and exhibit, prepare envelopes and certified mail, bring to post office for and mail | 9c Data Entry | 9c Data Entry (2.00 hours) with activity details of "Make copies of complaints and exhibit, prepare envelopes and certified mail, bring to post office for and mail". | 2 | 0 | 2 |
| 09/28/2016 | #3296282 | Proper service upon SS in adversary proceeding, propelling listing of SS claims in debtor's schedules and effect on claim for violation of automatic stay | 6a Legal Research | 6a Legal Research (3.00 hours) with activity details of "Proper service upon SS in adversary proceeding, propelling listing of SS claims in debtor's schedules and effect on claim for violation of automatic stay". | 3 | 0 | 3 |
| 09/26/2016 | #3296271 | causes of action proper for complaint | 6a Legal Research | 6a Legal Research (2.00 hours) with activity details of "causes of action proper for complaint". | 2 | 0 | 2 |
| 09/26/2016 | #3296270 | edit complaint and finalize and file with court. prep of summons | 2e Edit Memo or Pleading | 2e Edit Memo or Pleading (3.00 hours) with activity details of "edit complaint and finalize and file with court. prep of summons". | 3 | 0 | 3 |
| 09/23/2016 | #3286770 | Draft of Complaint avoid setoff/post petition transfer violation of automatic stay | 2d Draft Memo or Pleading | 2d Draft Memo or Pleading (1.50 hours) with activity details of "Draft of Complaint avoid setoff/post petition transfer violation of automatic stay". | 1.5 | 0 | 1.5 |
| 09/23/2016 | #3286156 | Meeting with supervisor PB to obtain approval of fee generating case | 7b Meeting- Case Acceptance | 7b Meeting- Case Acceptance (0.20 hours) with activity details of "Meeting with supervisor PB to obtain approval of fee generating case". | 0.2 | 0.2 | 0 |

12

| Date | ID | Description | Category | Hours | | |
|---|---|---|---|---|---|---|
| 09/23/2016 | #3286152 | Meet with client to review retainer, LSC Statement of Facts, Add on Retainer and obtain signatures | 7b Meeting- Case Acceptance | 7b Meeting- Case Acceptance (0.60 hours) with activity details of "Meet with client to review retainer, LSC Statement of Facts, Add on Retainer and obtain signatures". | 0.6 | 0.6 |
| 09/23/2016 | #3286149 | Prepare Request for Approval of to Accept Fee Generating Case, Retainer Agreement, LSC Statement of Facts | 7b Meeting- Case Acceptance | 7b Meeting- Case Acceptance (1.80 hours) with activity details of "Prepare Request for Approval of to Accept Fee Generating Case, Retainer Agreement, LSC Statement of Facts". | 1.8 | 1.8 |
| 09/22/2016 | #3286165 | Research on avoidance of post-petition offset to apply to pre-petition overpayment of Social Security | 6a Legal Research | 6a Legal Research (2.00 hours) with activity details of "Research on avoidance of post-petition offset to apply to pre-petition overpayment of Social Security" and notes of "Lee v. Schweiker (3rd Circuit), In Re Malinoski (2nd Circuit), In re Greene (SDNY BK), In re Agwin (EDCA BK)(2016)". | 2 | 2 |
| 09/22/2016 | #3286159 | Review sample pleadings and possible causes of Action in National Consumer Law Center Bankruptcy Treatise | 6a Legal Research | 6a Legal Research (1.50 hours) with activity details of "Review sample pleadings and possible causes of Action in National Consumer Law Center Bankruptcy Treatise". | 1.5 | 1.5 |
| 9/22/2016 | #3285141 | t/c kathryn Smith US Attorney WDNY | 1b Phone call - atny/adverse org | 1b Phone call - atny/adverse org (.10 hours) with activity details of " They were reviewing demand letter. I informed her that 60 days to object to discharge were approaching and that debtor was going to proceed to filing adversary proceeding before termination of automatic stay". | 0.1 | 0.1 |

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/21/2016 | #3283101 | Received call from Social Security Office of CentraL Operations in Baltimore | 1b Phone call - attny/adverse org | 1b Phone call - atny/adverse org (.20 hours) with activity details of "They needed to confirm Mr. Mitchell's BK Case Number. and Social security number". | 0.2 | 0 | 0.2 |
| 09/06/2016 | #3273264 | Letter to Social Security, US Attorney re: Violation of Automatic Stay | 2b Letter - Atty/Adverse | 2b Letter - Atty/Adverse (2.00 hours) with activity details of "Letter to Social Security, US Attorney re: Violation of Automatic Stay." | 2 | 0 | 2 |
| 08/16/16 | #3254349 | In re Malinowski 156 F3d 131 (1998 2d Cir) | 6a Legal Research | 6a Legal Research (1.00 hours) with activity details of "In re Malinowski 156 F3d 131 (1998 2d Cir)." | 1 | 0 | 1 |
| 8/10/16 | #3248449 | Review Social Security Offset Notices | 5a Review Document (s) | 5a Review Document(s) (1.00 hours) with activity details of "Reread In Re Malinoski (2nd Circuit)." | 1 | 1 | 0 |
| 8/8/16 | #3246264 | Research on Recoupment/Setoff | 6a Legal Research | when claim for back ss benefits "arises" | 0.7 | 0 | 0.7 |
| 8/3/16 | #3244784 | SSA Overpayment recoupment/setoff from post-petition benefits | 6a Legal Research | Westlaw Research. US attorney Civil Manuals | 2 | 0 | 2 |
| 7/14/16 | #3296217 | social security setoff | 6a Legal Research | In re Howe, In re Schneider | 2 | 1 | 1 |
| 6/29/16 | #3211166 | Recoupment/Setoff | 6a Legal Research | No Case Notes | 0.8 | 0.4 | 0.4 |
| 6/24/16 | #3206566 | meet with client to review SSA Notices and try to make sense of contradicting SSD/SSI Award Letters | 7d Meeting - Case Review | No Case Notes | 0.5 | 0 | 0.5 |
| 6/24/16 | #3206556 | Phone Call with Client re: Social Security Benefit Awards | 1a Phone call - client | No Case Notes | 0.2 | 0 | 0.2 |
| 6/20/16 | #3201402 | SSA Overpayment recoupment/setoff from post-petition benefits | 6a Legal Research | No Case Notes | 1.5 | 1 | 0.5 |

14

| Date | # | Description | Category | Notes | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|
| 6/15/16 | #3197092 | Review SSA POMS Manuals for handling of Overpayments in BK Cases | 6a Legal Research | No Case Notes | 1 | 0.7 | 0.3 |
| 6/15/16 | #3196954 | Called Client to Discuss SSD backpayment seizure and bankruptcy | 1a Phone call - client | No Case Notes | 0.1 | 0 | 0.1 |
| 6/15/16 | #3166900 | review SS back pay award letter/seizure notice analyze for Automatic stay issues, etc. with CH 7. | 5a Review Document(s) | No Case Notes | 0.4 | 0.3 | 0.1 |
| 6/9/16 | #3190776 | phone call with client | 1a Phone call - client | spoke to client, he received first SSI check for 788. Next month he should receive his first SSI monthly benefit of $1,300. He is getting $2,900 back pay from SSI which is being levied in its entirety from DSS. They also will have a lien on the back SSD award of approximately $800. Unknown what back amount of SSD award is but maybe $9,000. Told client got Order waiving Court's Filing Fee. Told him bill from corning hopsital for 304.87 was included in petition. He went to emergency room after petition, i told him that could not be included in BK and if something is not covered after his insurance he can do a community care application. | 0.5 | 0 | 0.5 |
| | | | | **Totals:** | 92.4 | 30.4 | 62.2 |

Timslips for 9/28 and 10/3 for 2.0 and .5 hours were administrative and are being requested at a paralegal rate of $75

Fee Request:
Attorney Hours: 59.7 x
$185/Hour
$11,044.50

Robert A. Mitchell v. Social Security Administration 16-02021 (PRW)

| | |
|---|---:|
| Attorney Administrative Hours: 2.5 x $75/Hour | $187.50 |
| | $11,232.00 |
| Costs for Service of Process | $15.25 |
| **Total Sought on Fee Application:** | **$11,247.25** |